MARCH 25, 1952

**No. 56513.**—SUIT 4666.—Freund Mayer & Co., Inc. v. United States.— . —C. D. 1280 reversed January 29, 1952. C. A. D. 474.

MARCH 27, 1952

**No. 56514.**—SUIT 4680.—Loewenthal Trimming Corp. v. United States.— —C. D. 1314 affirmed January 29, 1952. C. A. D. 477.

MARCH 28, 1952

**No. 56515.**—SUIT 4674.—A. Maschmeijer, Jr., Inc. v. United States.— —C. D. 1292 reversed January 29, 1952. C. A. D. 476.